# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 PM 3:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

v.   Cr. No. 2:05cr20377-B

TAMUGAN ROBINSON

Defendant.

---

### ORDER ON ARRAIGNMENT

---

This cause came to be heard on __11-3-05__ The Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME: __Handel Durham__ who is Retained/ Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.

__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
United States Magistrate Judge

Charges: 18:922(g)
Firearms

Assistant U.S. Attorney assigned to case: T. COLTHURST

The defendant's age is: __30__.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __11-4-05__

76

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:05-CR-20377 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT