# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _M___ D.C.

05 DEC -7 PM 3: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

TAMUGAN ROBINSON                                  No. 05cr20377-9-B

---

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
## UNDER THE SPEEDY TRIAL ACT

---

This cause came on for an Arraignment on <u>December 7, 2005.</u>  At this time, appointed counsel Handel R. Durham, Jr. did not appear.  The Court reset the Arraignment date to **<u>Wednesday, December 14, 2005 at 10:00 a.m.</u> <u>before Magistrate Judge Tu M. Pham</u>** .

It is therefore ORDERED that the time period of <u>12/7/05</u> through <u>12/14/05</u> is excludable pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161 (h)(3)(A).

This <u>7</u> day of <u>December</u>, 2005.

**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on <u>12-8-05</u>

129

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 129 in case 2:05-CR-20377 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

Paul Kellison Guibao
COPELAND & GUIBAO
242 Poplar Ave.
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eddy Trevino
LAW OFFICE OF EDDY TREVINO
4418 S. McColl Rd.
Edinburg, TX 78539

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Robert L. Parris
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT